UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| John James Bell, # 192526, *aka, Omar Abdel-Al-Mumit*, | ) ) ) | C/A No.: 8:08-cv-304-GRA-BHH |
| Petitioner, | ) ) | |
| | ) | ORDER |
| v. | ) | (Written Opinion) |
| | ) | |
| Warden, Kershaw Correctional Institution, | ) ) ) | |
| Respondent. | ) ) ) | |

This matter comes before the Court on two different motions by the petitioner: (1) a motion to reconsider; and (2) a writ of rebuttal to dismissal.

Plaintiff brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *See Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *See Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

## **Motion to Reconsider**

Though it is difficult to decipher, it appears as though the petitioner's first motion is a motion to reconsider this court's March 6, 2008 Order. In that Order this Court adopted the magistrate's Report and Recommendation and dismissed the Petitioner's § 2254 petition as an unauthorized, successive petition. (Docket Entry No.

13) The petitioner's motion for reconsideration does not contain any law or allegations that compel this Court to alter its March 6, 2008 Order. Therefore, this motion is denied.

### Writ of Rebuttal to Dismissal

It appears as though the petitioner's second motion is a motion to reconsider this Court's April 1, 2008 Order. The document's caption and reference to the "denial posted April fool's day" lead this court to believe the petitioner moves the Court to reconsider its April 1 Order. After reviewing the immediate motion, nothing in the petitioner's motion compels this Court to alter its April 1, 2008 Order. Therefore, the petitioner's motion for reconsideration is denied.

IT IS THEREFORE SO ORDERED THAT THE petitioner's motions for reconsideration, entered into the record on April 10, 2008, and April 14, 2008, are DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

April 17, 2008
Anderson, South Carolina

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**